**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| United States of America, | Criminal No. 13-149 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Avery Wade Schoenborn, | |
| Defendant. | |

_____

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 50) is **ADOPTED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 30) is **DENIED**.

Dated: October 28, 2013

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge